[No. 55226-1-I. Division One. December 27, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTOPHER MATTHEW GRISWOLD, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-01064-5, Stephen J. Dwyer, J., entered November 3, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55431-0-I. Division One. December 27, 2005.]

THE STATE OF WASHINGTON, *Appellant,* v. STEVEN J. VANDERYACHT, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 04-1-00408-9, Michael E. Rickert, J., entered November 24, 2004. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 55474-3-I. Division One. December 27, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. JESUS J. RAMIREZ, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-00442-6, Stephen J. Dwyer, J., entered December 2, 2004. *Reversed* by unpublished per curiam opinion.